No. 1010. CENTRAL RAILROAD CO. OF NEW JERSEY ET AL. *v.* NEELD, DIRECTOR, DIVISION OF TAXATION, DEPARTMENT OF TREASURY, ET AL. Supreme Court of New Jersey. Certiorari denied. *Augustus Nasmith* for the Delaware, Lackawanna & Western Railroad Co., *Joseph C. Glavin* for the Pennsylvania Railroad Co. et al., and *Raymond J. Lamb* for the Erie Railroad Co. et al., petitioners. *David D. Furman,* Attorney General of New Jersey, and *Theodore L. Botter* and *William L. Boyan,* Deputy Attorneys General, for Neeld, *Leo Rosenblum* for the City of Jersey City et al., *James Rosen* for the Township of Weehawken, *Herbert H. Fine* for the City of Hoboken, *Vincent J. Casale* for the City of Newark, and *Norman Heine* for the City of Camden, respondents.

No. 740, Misc. DEUTSCHMANN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* Solicitor *General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 809, Misc. KITCHEN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 1020. SWARTZ ET UX. *v.* ROGERS, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Eugene Gressman, Max M. Kampelman, Richard Schifter* and *Joseph Robbie* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.